```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 16152
   HAZEL M SYKES
   FREDERICK SYKES                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-0592     SSN XXX-XX-9652

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/23/2008 and was confirmed 09/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC   31641.18            .00          200.00
AMERICREDIT FINANCIAL SV  UNSECURED       NOT FILED           .00             .00
OPTION ONE MORTGAGE       CURRENT MORTG        .00            .00             .00
OPTION ONE MORTGAGE       MORTGAGE ARRE    8667.52            .00             .00
SILVERLEAF RESORTS INC    SECURED NOT I    7383.23            .00             .00
SILVERLEAF RESORTS INC    UNSECURED       NOT FILED           .00             .00
AT & T CREDIT MANAGEMENT  UNSECURED       NOT FILED           .00             .00
EMERGENCY MEDICAL SPECIA  UNSECURED       NOT FILED           .00             .00
CENTRIX RESOURCE SYSTEMS  UNSECURED       NOT FILED           .00             .00
HARRIS                    UNSECURED       NOT FILED           .00             .00
HSBC                      UNSECURED       NOT FILED           .00             .00
NICOR GAS                 UNSECURED       NOT FILED           .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED       14986.76            .00             .00
OPTION ONE MORTGAGE       NOTICE ONLY          .00            .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       1.50            .00             .00
PRA RECEIVABLES MGMT      UNSECURED          68.13            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                        1,717.17
TOM VAUGHN                TRUSTEE                                           150.63
DEBTOR REFUND             REFUND                                          2,103.85

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              4,171.65

PRIORITY                                         .00
SECURED                                       200.00
UNSECURED                                        .00
ADMINISTRATIVE                              1,717.17
TRUSTEE COMPENSATION                          150.63
DEBTOR REFUND                               2,103.85
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 16152 HAZEL M SYKES & FREDERICK SYKES

```
                               ---------------      ---------------
TOTALS                                4,171.65             4,171.65
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 01/26/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE